UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

WILLIAM ROUNDS

                                 Plaintiff,

      **-v.-**

                                       Civil Action No.
                                   9:12-cv-953 (GLS/TWD)

C.O. THOMPSON, CORRECTION
OFFICER, *et al.*

                                 Defendants.

-------------------------------------------------------------------------------

APPEARANCES:                   OF COUNSEL:

**FOR THE PLAINTIFF:**

WILLIAM ROUNDS
Plaintiff *Pro Se*
8 Pine Ridge Circle North
Syracuse, New York 13212

**FOR DEFENDANT THOMPSON:**

Sheehan, Greene Law Firm      LAWRENCE H. SCHAEFER, ESQ.
54 State Street, Suite 1001     THOMAS D. LATIN, ESQ.
Albany, New York 12207


GARY L. SHARPE,
CHIEF JUDGE


## <u>ORDER</u>

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed

December 17, 2013. Following fourteen (14) days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed December 17, 2013 (Dkt. No. 40) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED that this action is DISMISSED without prejudice, for failure to prosecute; and it is further

ORDERED that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated:      January 15, 2014
            Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court